**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| **IN RE:** Michael P. Aylward | ) | |
| Jean E. Aylward | ) | **Chapter 13** |
| | ) | **Case No. 19-22718** |
| **DEBTOR(S)** | ) | **Judge: Baer** |
| | ) | |

**To:**

Michael P. and Jean E. Aylward, 2590 Rockport Rd., Hampshire IL  60140

Trustee Stearns, 801 Warrenville Road, Suite 650 Lisle, IL 60532
(via electronic notice)

And see attached service list

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, June 3, 2022, at 9:30 a.m., I will appear before the Honorable Judge Baer, or any judge sitting in that judge's place, and present the motion of Debtor to Voluntarily Dismiss Case, a copy of which is attached. This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted.

To appear and be heard on the motion, you must do the following: To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password. Meeting ID and password. The meeting ID for this hearing is **160 731 2971** and the password is **587656.** The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By: /s/ Joseph P. Doyle**
Attorney for debtor

## CERTIFICATION

CERTIFICATE OF SERVICE I, Joseph P. Doyle, certify under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 5, 2022 at 4:30 p.m.

**By: /s/ Joseph P. Doyle**
Attorney for debtor

**Attorney for the Debtor_____**
**Joseph P. Doyle**
**Law Offices of Joseph P. Doyle**
**105 S. Roselle Road, Suite 203**
**Schaumburg, IL 60193**
**(Ph): 847-985-1100 (Fax) 847-985-1126**

## SERVICE LIST

**Registrants Served Via Electronic**

Patrick S. Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

Trustee Glenn Stearns
801 Warrenville Road St.
Suite 650
Lisle, IL 60532

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Parties Served Via First Class Mail**

Alan S. Michael
1114 Woodland Heights Blvd
Streamwood, IL 60107

Alexian Bros Outpatient Group
21272 Network Place
Chicago, IL 60673

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Altair Oh XIII, LLC
c/o Weinstein Pinson Riley PS
2001 Western Ave, Suite 400
Seattle, WA 98121

American Infosource LP
PO Box 268941
Oklahoma City, OK 73126

Americredit
PO Box 183853
Arlington, TX 76096

Associate Area Counsel, SB/SE
200 W. Adams, Suite 2300
Chicago, IL 60606-5208

C. Bradley Krapfl
One North LaSalle
Suite 2046
Chicago, IL 60602

Cap One
PO Box 4199
Houston, TX 77210

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Center for Physical Health
2201 W Schaumburg Road
Schaumburg, IL 60194

Certified Services Inc
1733 Washington Street, Ste 2
Waukegan, IL 60085

Chase Mtg
Po Box 24696
Columbus, OH 43224

Codilis & Associates
15W030 North Frontage Road
Suite 100
Willowbrook, IL 60527

Comenity Bank/Valctyfr
Po Box 182789
Columbus, OH 43218

| | | |
|---|---|---|
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193 | D. Patrick Mullarkey Tax Division<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Dependon Collection Se<br>Po Box 4833<br>Oak Brook, IL 60522 |
| Erie Insurance<br>100 Erie Insurance Place<br>Erie, PA 16530 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | Fox Valley Laboratory<br>Physicians,SC<br>P. O. Box 5133<br>Chicago, IL 60680-5133 |
| GECRB/JCP<br>PO Box 984100<br>El Paso, TX 79998 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096 | ICS Collections<br>8231 185th St.<br>Suite 200<br>Tinley Park, IL 60487 |
| IDOR<br>PO Box 19035<br>Springfield, IL 62794-9035 | Illinois Orthopedic Network<br>26806 Network Pl<br>Chicago, IL 60673 | Illinois Tollway<br>2700 Ogden Avenue<br>Downers Grove, IL 60515 |
| Illinois Tollway<br>Legal Department<br>PO Box 5544<br>Chicago, IL 60680-5544 | Integrity Solutions SVCS<br>PO Box 1989<br>Saint Charles, MO 63302 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JCC<br>PO Box 519<br>Sauk Rapids, MN 56379 | Keay & Costello<br>128 S. County Farm Road<br>Wheaton, IL 60187 |
| Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | Lakewood Crossing at<br>Hampshire<br>2541 Ross St<br>Hampshire, IL 60140 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Malcolm Gerald & Associates<br>322 S Michigan Ave<br>Suite 600<br>Chicago, IL 60604 | Mediacom<br>3900 26th Ave<br>Moline, IL 61265 |

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Midland Funding, LLC
8875 Aero Dr. Ste 200
San Diego, CA 92123

NCO Financial Systems
5085 W. Park Blvd.
Suite 300
Plano, TX 75093

NCOFIN/980
5085 W. Park Blvd,
Suite 300
Plano, TX 75093

Northshore University Health System
23056 Network Place
Chicago, IL 60673-1230

Northwest Suburban Imaging Assoc
34659 Eagle Way
Chicago, IL 60678

Payliance
3 Easton Oval Ste 210
Columbus, OH 43219

Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recvry&Affil
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Prerana Panchal MD
PO Box 88506
Carol Stream, IL 60188

Quantum3 Group
PO Box 788
Kirkland, WA 98083-0788

Radiological Consultants of WoodSto
Attn: Bankruptcy Dept.
9410 Compubill Dr.
Orland Park, IL 60462

Safe Auto Insurance
4 Easton Oval
Columbus, OH 43219

Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117

Sharon Duval, MD
PO Box 6448
Elgin, IL 60121-6448

Sherman Hospital
35134 Eagle Way
Chicago, IL 60678

Specialists in Gastroenterology
1710 N. Randall Rd
Suite 280
Elgin, IL 60123

Springleaf Financial S
601 Nw 2nd St
Evansville, IN 47708

Springlf Fin
P O Box 59
Evansville, IN 47701

St Alexius Medical Center
21219 Network Place
Chicago, IL 60673

Stanisccontr
914 14th St
Modesto, CA 95354-1011

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117

TNB-Target
PO Box 673
Minneapolis, MN 55440

Transworld
PO BOX 15520
Wilmington, DE 19850-5520

| | | |
|---|---|---|
| United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Valley Medical & Cardiac Clinic<br>8298 Solutions Center<br>Chicago, IL 60677 | Vsac Federal Loans<br>10 E Allen St<br>Winooski, VT 05404 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| IN RE:  Michael P. Aylward ) | |
| Jean E. Aylward ) | Chapter 13 |
| ) | Case No. 19-22718 |
| DEBTORS ) | Judge: Baer |
| ) | |

**Motion of Debtors to Voluntarily Dismiss Case**

NOW COMES the counsel for Michael P. and Jean E. Aylward, Joseph P. Doyle, and hereby moves this Honorable Court dismiss the instant case and states the following:

1. The Debtors' filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

3. The Debtor passed away on January 11, 2022. Co-Debtor has struggled to remain current with the trustee payments. She is no longer receiving any social security benefits from the Debtor and her income is insufficient to continue the trustee payments.

4. That the foregoing constitutes sufficient grounds for this Court to enter an Order to Voluntarily Dismiss Case.

WHEREFORE, Jean M. Aylward, Co-Debtor, respectfully requests this Honorable Court to enter an Order to Voluntarily Dismiss Case.

Respectfully submitted,

By: /s/ Joseph P. Doyle
Joseph P. Doyle, Attorney for debtor

Joseph P. Doyle
Law Office of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, Il 60193
Ph (847-985-1100)